IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:22cr26-REP-01 |
| | ) |
| JOSHUA B. ROMANO, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

### COUNT ONE (CONSPIRACY TO COMMIT WIRE FRAUD)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Guilty_____ as charged in Count One of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT TWO (WIRE FRAUD)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Not Guilty_____ as charged in Count Two of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT THREE (WIRE FRAUD)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Guilty_____ as charged in Count Three of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT FOUR (WIRE FRAUD)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Guilty_____ as charged in Count Four of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT FIVE (WIRE FRAUD)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Guilty_____ as charged in Count Five of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT SEVEN (WIRE FRAUD)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Not Guilty_____ as charged in Count Seven of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT NINE (FALSE STATEMENT UNDER OATH IN RELATION TO BANKRUPTCY)

We, the jury, unanimously find the defendant, JOSHUA B. ROMANO,

_____Not Guilty_____ as charged in Count Nine of the Superseding Indictment.
(Guilty or Not Guilty)

So, Say We All, this 20 day of October, 2022.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON